IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BRENDA G. CHICHARELLO,

    Plaintiff,

v.                                                                            No. 1:20-cv-1070-JHR

U.S. DEPARTMENT OF THE INTERIOR, et al.,

    Defendants.

## ORDER

The Clerk's Office has informed the Court of an internal error resulting in documents pertaining to an unrelated criminal case enclosed with a copy of the civil complaint in this matter served on defendants.

**IT IS ORDERED** that Plaintiff and Defendants shall destroy all paper and electronic copies in their possession of any documents pertaining to the unrelated criminal case as attached to the copy of the civil complaint in this matter received by service.

_____

UNITED STATES MAGISTRATE JUDGE